| | |
|---|---|
| DONNA CANNON,<br> and husband, ALFRED CANNON, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Docket No._____<br>) JURY DEMANDED<br>) |
| YLM LOGISTICS INCORPORATED<br>c/o Registered Agent:<br>Lyubomyr Yuzyshyn<br>245 Beinoris Dr.<br>Wood Dale, IL 60191 | )<br>)<br>)<br>)<br>)<br>) |
| c/o Registered Agent:<br>Sharon Lee's Fuel Tax Services LLC<br>1726 Carroll Road<br>Morristown, TN 37813 | )<br>)<br>)<br>)<br>) |
| JOSEPH GESNER<br>528 NE 63rd St<br>Miami, FL 33138 | )<br>)<br>)<br>) |
| Defendants. | ) |

# COMPLAINT

COME NOW the plaintiffs, by and through counsel, and file this complaint and show unto the court as follows:

## JURISDICTION

1. The jurisdiction of this court is pursuant to 28 U.S.C. § 1332, based upon the residences and citizenship of the parties and the amount in controversy which, exclusive of interest and costs, exceeds the sum of $75,000.00.

## PARTIES

2. Plaintiffs Donna Cannon and Alfred Cannon are citizens and residents of the State of Virginia residing at 2603 Church Hill Dr NW, Roanoke, Virginia.

3. Defendant YLM Logistics Incorporated, is a corporation organized and existing under the laws of the State of Illinois as a long-distance operator of tractor-trailers in accordance with the Federal Motor Carrier Safety Administration, whose principal address is 245 Beinoris Dr., Wood Dale, IL 60191, and can be served with process via its registered agent.

4. Defendant YLM Logistics Incorporated, is the owner and operator of a trucking company which operates in interstate commerce under the jurisdiction of the United States Department of Transportation Federal Motor Carrier Safety Administration, 49 C.F.R. § 390 through 392 that.

5. Defendant, Joseph Gesner, resides in Miami, FL and was, at the time of the accident, operating a tractor-trailer as an employee of YLM Logistics Incorporated.

## VENUE

6. Plaintiffs bring this cause of action as a result of a tractor-trailer collision which occurred on June 12, 2022, on Interstate 24, east bound in Hamilton County, Tennessee within the Eastern District of Tennessee and therefore allege that the venue is appropriate in this Court pursuant to 28 U.S.C. § 139(b)(2).

## STATEMENT OF FACTS

7. On June 12, 2022, plaintiff Donna Cannon was the driver of a 2018 Hyundai Accent that was traveling in an easterly direction on Interstate 24 in Hamilton County, Tennessee near Broad Street in the inside left lane. As the traffic ahead of plaintiff was slowing down, plaintiff reduced her speed at which point defendant Joseph Gesner, who was following too closely, was unable to control his vehicle and crashed into the rear and side of the plaintiffs' vehicle causing it to be pushed into the concrete traffic barrier on the left shoulder where it

caught fire. Defendants' vehicle continued on and sideswiped a Chevrolet Silverado and a GMC Sierra resulting in damages thereto.

8. Defendant's driver, Joseph Gesner, was operating the vehicle owned by YLM Logistics Incorporated at an excessive rate of speed under the circumstances, failed to keep a proper lookout ahead, and failed to observe the traffic slowing down in front of him which kept him from having adequate time to slow down before crashing into the rear of plaintiff's vehicle.

9. The aforesaid collision was caused by the negligence of the defendant's driver, Joseph Gesner as set forth more fully below.

    a) Joseph Gesner was operating the vehicle without paying attention to the roadway conditions;

    b) Joseph Gesner operated the vehicle in a reckless manner without having his vehicle under proper control.

    c) Joseph Gesner operated the vehicle without keeping a proper lookout ahead in order to accurately observe traffic conditions in front of him.

    d) Joseph Gesner failed to give his full time and attention to safely operating Defendant YLM Logistics Incorporated's vehicle.

10. Defendant failed to comply with the following sections of *Tennessee Code Annotated* to wit:

    a. 55-8-103. Required obedience to traffic laws

    b. 55-8-136. Drivers to exercise due care

    c. 55-10-205. Reckless Driving

    d. 55-8-120. Failure to maintain traffic lane

    e. 55-8-124. Following too closely

11. Defendant YLM Logistics Incorporated, as the owner of the vehicle, the principal, and employer of defendant, Joseph Gesner, were independently negligent in failing to properly train him in his driving capacity and failing to properly train him in the safe operation of an over-the- road tractor-trailer vehicle in interstate commerce, failing to properly review his training and background before allowing him to drive on the highway in interstate commerce, and in failing to enforce rules and regulations in the Codes, regulations, and safety manuals adopted by the State of Tennessee.

12. As a result of the collision, plaintiff Donna Cannon, who is employed and a homemaker, was injured, requiring her to be transported to Erlanger Hospital in Chattanooga, Tennessee where she incurred expenses for medical treatment. She continued treatment upon her return home. She continues to suffer with injuries to her back, hip, and foot. Additionally, plaintiff Donna Cannon has been diagnosed with PTSD as the result of the collision and subsequent fire which engulfed her vehicle.

13. Plaintiff Alfred Cannon was and is the husband of Donna Cannon and tended to and cared for Donna Cannon during her convalescence. Plaintiff Alfred Cannon has suffered loss of consortium as the result of injuries to his wife.

14. Plaintiff Donna Cannon has suffered loss of earnings and lost earning capacity as well as her ability to enjoy life both past and future.

WHEREFORE, plaintiff Donna Cannon sues defendants in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00) for damages.

Plaintiff Alfred Cannon sues the defendants in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00).

                                            **GILREATH & ASSOCIATES, PLLC**

                                    By: */s/ Sidney W. Gilreath*
                                                 Sidney W. Gilreath, Esq. BPR#2000
                                                 550 Main Avenue, Suite 600
                                                 Knoxville, TN 37901-1270
                                                 (865) 637-2442
                                                 (865) 971-4116 fax
                                                 gilknox@sidgilreath.com